UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHNNY CARL GROGAN                                                                          PLAINTIFF

VERSUS                                                           CIVIL ACTION NO. 1:14CV359-RHW

PARVEEN KUMAR et al                                                                      DEFENDANTS

## FINAL JUDGMENT

In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

For the reasons stated in the Memorandum Opinion and Order, IT IS ORDERED that Defendants' [59] [94] Motions for Summary Judgment are GRANTED and that Plaintiff's lawsuit is dismissed with prejudice as to all claims and all Defendants, with the exception that the case is dismissed without prejudice as to Plaintiff's individual-capacity claims against Defendant Eduardo Diaz.

SO ORDERED, this the 26th day of August, 2015.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE